UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| WARREN SARON Y.,[1] <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER, SOCIAL SECURITY ADMINISTRATION <br><br> Defendant. | Civil No. 3:20-CV-00448-HZ <br><br><br> ORDER FOR REMAND |

Based on the stipulation of the parties, it is ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct this case be assigned to another Administrative Law Judge (ALJ). The ALJ will reevaluate the opinion evidence of record; reevaluate Plaintiff's alleged symptoms; and, as warranted, reevaluate Plaintiff's maximum residual functional capacity. As warranted, the ALJ will obtain vocational expert testimony to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy. The ALJ will take any further action needed to complete the administrative record and will issue a new decision.

///

///

///

---

[1] In the interest of privacy, this Order uses only the first name and the first initial of the last name of the non-governmental party.

Plaintiff is entitled to reasonable attorney fees, expenses, and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

IT IS SO ORDERED

Dated: ___February 26, 2021___.

*Marco Hernández*
MARCO A. HERNÁNDEZ
UNITED STATES DISTRICT JUDGE