IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Warren Y., | No. 3:20-cv-00448-HZ |
|         Plaintiff, | ORDER |
| v. | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
|         Defendant. | |

HERNÁNDEZ, District Judge:

    Plaintiff Warren Y. brought this action seeking review of the Commissioner's final decision to deny Disability Insurance Benefits. On February 26, 2021, pursuant to the parties' stipulated motion, the Court reversed the Commissioner's decision and ordered that the case be remanded for additional proceedings/an award of benefits. Order, ECF 14. Judgment was also entered on February 26, 2021. ECF 15. On October 20, 2021, Plaintiff's counsel received notice of Plaintiff's award for benefits. Pl. Mot. Ex. 2, ECF 20-2.

1 – ORDER

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Pl. Mot., ECF 20. Defendant has no objection to the request. *Id*. The Court has reviewed the record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

The Court GRANTS the motion [20] and awards Plaintiff's counsel $35,080.75 in attorney's fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff attorney's fees for this case and a prior related case in the total amount of $6,791.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Upon payment of the § 406(b) fees, Plaintiff's counsel will refund any EAJA fees received by counsel to Plaintiff. Any amount withheld after all administrative and court attorney's fees are paid should be released to the claimant.

IT IS SO ORDERED.

DATED: \_\_\_\_\_November 19, 2021\_\_\_\_\_.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER